# Exhibit "C"



**Veronica Velez <veronica.velez@palmbeachschools.org>**

# RE: David Rorie v. the School Board of Palm Beach County || CaseNo.: 9:21-CIV-81865

1 message

**Kimberly Reyes** <agpassistant@rgph.law>  Thu, May 4, 2023 at 2:02 PM
To: Mary Quesada <mary.quesada@palmbeachschools.org>
Cc: Jean Middleton <jean.middleton@palmbeachschools.org>, Veronica Velez <veronica.velez@palmbeachschools.org>, agp@rgph.law, Jorge Costa <JCOSTA@rgph.law>, rgphlitigation@rgph.law

Good Afternoon Mary,

Sounds good on our end. We will notice the deposition of Mrs. Telfair to start at 10:00 a.m. on June 12, 2023. Will you be accepting service for Mrs. Telfair or will a subpoena be needed?

Thank you in advance!

Kind Regards,

**KIMBERLY REYES**
*Legal Assistant*

*(not an attorney)*

Main: 305-416-5000

agpassistant@rgph.law



LOCATED AT:
2745 Ponce de Leon Boulevard
Coral Gables, FL 33134

"A Watchful Eye Over Your Rights"[TM]

S T A T E  &  F E D E R A L  C O U R T  T R I A L  A T T O R N E Y S

CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

5/22/23, 1:48 PM	School District of Palm Beach County Mail - RE: David Rorie v. the School Board of Palm Beach County || CaseNo.: 9:21-CIV-81865

Case 9:21-cv-81865-BER  Document 97-3  Entered on FLSD Docket 05/22/2023  Page 3 of 4

**Confidentiality Notice**

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

**From:** Mary Quesada [mailto:mary.quesada@palmbeachschools.org]
**Sent:** Wednesday, May 3, 2023 4:05 PM
**To:** Kimberly Reyes <agpassistant@rgph.law>
**Cc:** Jean Middleton <jean.middleton@palmbeachschools.org>; Veronica Velez <veronica.velez@palmbeachschools.org>; agp@rgph.law; Jorge Costa <JCOSTA@rgph.law>; rgphlitigation@rgph.law
**Subject:** Re: David Rorie v. the School Board of Palm Beach County || CaseNo.: 9:21-CIV-81865

Good afternoon,

Ms. Middleton would like to take an updated deposition of your client David Rorie. She would like to question him about the discovery that was recently produced and will need 2.5 hours.

Since you are taking the deposition of Maria Telfair on June 12th, could we do Mr. Rorie's after?

Thank you for everything you do, I appreciate you.

*Mary L. Quesada*

*Legal Administrative Assistant*

*Labor & Employment/Employee Relations*

*School District of Palm Beach County*

*3300 Forest Hill Blvd, C-331*

*West Palm Beach, FL  33406*

*mary.quesada@palmbeachschools.org*

*Telephone:  434-8750*

*Fax:  434-8105*

5/22/23, 1:45 PM                School District of Palm Beach County Mail - RE: Davidoff v. the School Board of Palm Beach County || Case No.: 9:21-CV-81865

Case 9:21-cv-81865-BER Document 97-3 Entered on FLSD Docket 05/22/2023 Page 4 of 4

*Creativity is a continual surprise - Ray Bradbury*

*I am not an attorney and cannot provide legal advice. Nothing in this information is intended to be, nor should it be, considered legal advice.*

On Mon, May 1, 2023 at 11:35 AM Mary Quesada <mary.quesada@palmbeachschools.org> wrote:

> Good morning Kimberly,
>
> Yes, Mrs. Telfair and Ms. Middleton are available. I have this date on hold for the deposition.
>
> Thank you for everything you do, I appreciate you.
>
> *Mary L. Quesada*
> Legal Administrative Assistant
>
> Labor & Employment/Employee Relations
>
> School District of Palm Beach County
>
> 3300 Forest Hill Blvd, C-331
>
> West Palm Beach, FL 33406
>
> mary.quesada@palmbeachschools.org
>
> Telephone: 434-8750
>
> Fax: 434-8105
>
> *Creativity is a continual surprise - Ray Bradbury*
>
> *I am not an attorney and cannot provide legal advice. Nothing in this information is intended to be, nor should it be, considered legal advice.*

**Disclaimer:** Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.