# Exhibit "D"



**Veronica Velez <veronica.velez@palmbeachschools.org>**

# RE: SERVICE OF COURT DOCUMENTS: DAVID RORIE vs SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA; CASE NO.: 9:21-CIV-81865

1 message

**Jorge Costa** <JCOSTA@rgph.law>     Mon, May 8, 2023 at 8:26 AM
To: Veronica Velez <veronica.velez@palmbeachschools.org>, Kimberly Reyes <agpassistant@rgph.law>, "Anthony M. Georges-Pierre" <agp@rgph.law>, Nerely Mejia <rgphlitigation@rgph.law>
Cc: Jean Middleton <jean.middleton@palmbeachschools.org>, Mary Quesada <mary.quesada@palmbeachschools.org>

Good Morning Veronica,

Under the Federal Rules this deposition is unauthorized/disallowed. You would need to seek leave from the court.

Cordially,

**JORGE L. COSTA**
*Associate Attorney*

Main:     305-416-5000
Fax:      305-416-5005

Jcosta@rgph.law



**2745 Ponce De Leon Boulevard**

**Coral Gables, Florida 33134**

"A WATCHFUL EYE OVER YOUR RIGHTS"[TM]

STATE & FEDERAL COURT TRIAL ATTORNEYS

CLICK HERE: EMPLOYMENT LAW | PERSONAL INJURY LAW

5/22/23, 2:28 PM                         School Disrict of Palm Beach County Mail - RE: SERVICE OF COURT DOCUMENTS: DAVID RORIE vs SCHOOL BOARD OF P…

Case 9:21-cv-81865-BER   Document 97-4   Entered on FLSD Docket 05/22/2023   Page 3 of 5

**Confidentiality Notice**
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.

Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you. IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing, or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice.  The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer, Georges-Pierre & Hoogerwoerd, PLLC does not render tax advice within the normal course of its practice.

---

**From:** Veronica Velez <veronica.velez@palmbeachschools.org>
**Sent:** Monday, May 8, 2023 8:19 AM
**To:** Kimberly Reyes <agpassistant@rgph.law>; Anthony M. Georges-Pierre <agp@rgph.law>; Jorge Costa <jcosta@rgph.law>; Nerely Mejia <rgphlitigation@rgph.law>
**Cc:** Jean Middleton <jean.middleton@palmbeachschools.org>; Veronica Velez <veronica.velez@palmbeachschools.org>; Mary Quesada <mary.quesada@palmbeachschools.org>
**Subject:** SERVICE OF COURT DOCUMENTS: DAVID RORIE vs SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA; CASE NO.: 9:21-CIV-81865

## ** Please advise what Court Reporter you will be using so that our office can forward our notice to them.

| COURT/DIVISION: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH DIVISION |
|---|---|
| CASE NO.: | 21-81865-CIV-REINHART |
| PLAINTIFF: | DAVID RORIE |
| DEFENDANT(S): | SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA |
| SENDER: | JEAN MARIE MIDDLETON, ESQ. – LEAD COUNSEL<br><br>VERONICA VELEZ – PARALEGAL |
| EMAIL LIST: | **jcosta@rgph.law**<br><br>**agp@rgph.law** |

5/22/23, 2:28 PM  School District of Palm Beach County Mail - RE: SERVICE OF COURT DOCUMENTS DAVID RORIE v SCHOOL BOARD OF P...

Case 9:21-cv-81865-BER   Document 97-4   Entered on FLSD Docket 05/22/2023   Page 4 of 5

| | agpassistant@rgph.law |
|---|---|
| | aziani@rgpattorneys.com |
| | pn@rgpattorneys.com |
| | rgphlitigation@rgph.law |
| | jean.middleton@palmbeachschools.org |
| | veronica.velez@palmbeachschools.org |
| | mary.quesada@palmbeachschools.org |
| **DOCUMENTS:** | 1.  Defendant's Notice of Taking *Updated* Deposition of Plaintiff, David Rorie |



**Veronica Velez, Employment Litigation Paralegal**

*Lean Six Sigma Certified*

**LeanSixSigma.org**

**The School District of Palm Beach County**

Ph: 561/434-8072  |  Fax: 561/434-8105

veronica.velez@palmbeachschools.org

Office of General Counsel

3300 Forest Hill Blvd., Suite C-331

West Palm Beach, FL 33406

5/22/23, 2:28 PM	School District of Palm Beach County Mail - RE: SERVICE OF COURT DOCUMENTS: DAVIS v. SCHOOL BOARD OF P…

Case 9:21-cv-81865-BER   Document 97-4   Entered on FLSD Docket 05/22/2023   Page 5 of 5



**Disclaimer:** Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.